IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60189
_____

JP REALTY PARTNERS INC,

Plaintiff - Appellant,

v.

CITY OF BILOXI,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(1:96-CV-11-GR)
_____

June 7, 1999

Before GARWOOD, DUHÉ and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

JP Realty Partners, Inc. (hereinafter "JP") appeals from the
summary judgment of the district court dismissing its federal and
Mississippi state claims against the City of Biloxi (hereinafter
"City").

After carefully considering the oral arguments of the
parties, the briefs of both parties, and the record on appeal as
well as conducting a de novo review, we affirm essentially for
the reasons stated by the district court.  Specifically, we find
that the district court correctly concluded that JP's federal
constitutional claims were not ripe for review; that the state

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

statutory claims were precluded by the failure of JP to comply with the notice provision of the Mississippi Tort Claims Act; and that the exclusive remedy for JP's state constitutional claims was an appeal to the Mississippi Circuit Court.

AFFIRMED.